[No. 2321.]

CURRIER v. CLARK.

*Appeal from the County Court of Weld County.*

Mr. CHARLES D. TODD, for appellant.

Messrs. ESTEB & WOLFF and Mr. H. N. HAYNES, for appellee.

*Per Curiam.*—Decisive of this case is the question ruled in Lydia W. Currier and H. F. Currier v. Horace G. Clark, decided at the present term. For reasons there stated, judgment reversed.

                                        *Reversed.*